UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFONSO MERCEDES-SILVERIO

             PETITIONER:

V

STATE OF NEW YORK'S
COURT OF APPEALS

             RESPONDENTS:

MOTION TO THE CLERK FOR DOCKET ENTRYS
AND RECEIPT OF ACTION

Now comes the petitioner, Alfonso Mercedes-Silverio in pro-se', who having submitted this petition to the Court by U.S. Mail and having served the respondant by same on December 18, 2003, has yet to receive confirmation or notice from either the court or the respondent.

The petitioner voices his concern because the tentative transfer date for removal from the Court's jurisdiction is currently, March 3, 2004. Therefore the petitioner would pray the Honorable Clerk would expedite this petition on the calendar. And allow judicial review of the petition for a Writ of Mandamus, prior to the expected transfer of the petitioner from the Court's jurisdiction.

AFFIRMATION

I, Alfonso Mercedes-Silverio, a/k/a Leopordo Zorilla W-58058, do now swear and attest the above to be true and factual, on this 2nd. day of February, 2004.

             SO SWORN: *Alfonso Mercedes Silverio*
                                 Alfonso Mercedes-Silverio
                                 a/k/a Leopordo Zorilla W-
                                 *Leopordo Zorrillo* 58058

cc; file