```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


LEOPORDO ZORILLA, a.k.a.        )
ALFONSO SILVERIO-MERCEDES,      )
          Petitioner,           )
                                )   Civil Action No. 03-12633-NG
     v.                         )
                                )
STATE OF NEW YORK, COURT OF     )
APPEALS,                        )
          Respondent.           )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order of Dismissal dated February 25, 2004, it is ORDERED:

This Civil Action is DISMISSED for lack of jurisdiction.

```
                                TONY ANASTAS,
                                CLERK OF COURT


Dated: March 3, 2004         By  /s/ Barbara Morse

                             Deputy Clerk
```